**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste. 1
Las Vegas, NV   89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 15-11493 ABL |
| LOWDER, LARRY ELDON | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor. | TRUSTEE'S EX PARTE APPLICATION TO EMPLOY DEBORAH L. PRIEBE, REAL ESTATE AGENT, ON A COMMISSION BASIS; DECLARATION OF DEBORAH L. PRIEBE IN SUPPORT THEREOF |

The ex parte application of Trustee represents:

1.     The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on 03/19/15, and LENARD E. SCHWARTZER is the duly appointed and acting trustee herein.

2.     The Debtor's assets include a property situated in Clark County, Nevada (the "Property") described as:

2025 Thames View Street, Henderson, Nevada

3.     According to the schedules, the property is "upside down," and, in all likelihood, will be sold as a "short sale."

4.     Trustee wishes to employ a real estate agent to sell the Property.

5.     Trustee has selected DEBORAH L. PRIEBE, a licensed real estate agent ("Realtor"), Senior Vice President of Short Sale Success, 170 South Green Valley Parkway, Suite 200, Henderson, Nevada 89012, and associated with Asset Management Realty Advisors, 170 South Green Valley Parkway, Suite 200, Henderson, Nevada 89012, a licensed real estate

1    brokerage firm.  Realtor has had considerable experience selling real estate of this type.

2         6.     Trustee desires to retain Realtor under an exclusive right to sell and pay a

3    commission upon the closing of the sale of the property.  Any sale will be subject to the prior

4    approval of this Court.

5         7.     The Trustee is of the opinion that it would be in the best interests of the estate for

6    your Applicant to retain Realtor as a real estate agent.  The Trustee will only present a sale where

7    there are material net proceeds for the Bankruptcy Estate.

8         8.     That to the best of Applicant's knowledge, neither Realtor nor any employee or

9    officer of Short Sale Success or Asset Management Realty Advisors, represent an interest

10   adverse to the Debtor, creditors, any other party in interest, their respective attorneys and

11   accountants, the United States Trustee, or any person employed in the Office of the United States

12   Trustee.

13        9.     That Realtor will charge an 6% commission based on the sales price.

14        10.    Applicant routinely employs DEBORAH L. PRIEBE as a realtor in other

15   unrelated cases.

16        Wherefore, Trustee prays for an order authorizing the employment of Realtor to sell the

17   above-described property on the terms stated herein.

18

19   Dated: July 29, 2015

20                                    LENARD E. SCHWARTZER
                                      Trustee

21

22                           **DECLARATION OF TRUSTEE**

23

24        I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my

25   knowledge, information and belief.

26   DATED: July 29, 2015

27

28                                      LENARD E. SCHWARTZER

### DECLARATION OF DEBORAH L. PRIEBE

DEBORAH L. PRIEBE states and declares as follows:

1.      I am a licensed real estate agent in the State of Nevada.

2.      I maintain an office at 170 South Green Valley Parkway, Suite 200, Henderson, Nevada 89012, and am associated with Asset Management Realty Advisors, which also maintains an office at 170 South Green Valley Parkway, Suite 200, Henderson, Nevada 89012, a licensed real estate brokerage firm.

3.      I have agreed to represent the Trustee and the Estate as a realtor and to be compensated at 6% of the gross sales price for each property at the close of escrow, subject to Court approval.

4.      I have reviewed the list of creditors filed herein and, to the best of my knowledge, neither I nor any employee or officer of Short Sale Success or Asset Management Realty Advisors, have any connection with the above named debtors, their creditors, or any other party in interest herein, and we represent no interest adverse to the Trustee, the bankruptcy estate, or any other party in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee in matters upon which I will be engaged.

5.      I am a disinterested person within the meaning of 11 U.S.C. Section 101(14).

6.      I am regularly employed by the Trustee as a realtor in other unrelated bankruptcy cases.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed this _5_ day of _August_, 2015, at Las Vegas, Nevada.

DEBORAH L. PRIEBE